**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Irbis Monrroy

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRIS MONRROY,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-02092-TLN-EFB (HC)

**MOTION FOR LEAVE TO FILE
FIRST AMENDED PETITION FOR WRIT
OF HABEAS CORPUS**

Petitioner Irbis Monrroy, by and through appointed counsel Jan David Karowsky, respectfully moves for leave to file the attached First Amended Petition for Writ of Habeas Corpus.

This motion is made on the ground that amendment will clarify and refine the claims now that counsel has been appointed and Respondents have filed a Return and Opposition to the original pro se petition. Dkt. 12. The proposed amended petition narrows and sharpens the issues presented, conforms the pleading to the record now before the Court, and will assist in the efficient resolution of this habeas action.

This request is timely and made in good faith. The case remains at an early stage. Respondents have already appeared and filed their Return, and the proposed amendment does not

inject unrelated claims or alter the nature of the action. Rather, it clarifies the detention theory, addresses the record developed to date, and presents the claims in a more orderly and counseled form. Granting leave will therefore promote adjudication of the case on a clear and accurate pleading without unfair prejudice to Respondents.

Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given when justice so requires. That standard is especially appropriate here, where the original petition was filed pro se, counsel was later appointed, and the amended petition is intended to present the claims in a more focused and legally precise manner.

Accordingly, Petitioner respectfully requests that the Court grant leave to file the attached First Amended Petition for Writ of Habeas Corpus and direct that the amended petition be deemed filed as of the date of the Court's order, or alternatively as of the date of lodging.

Dated: April 3, 2026

Respectfully submitted,
By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Petitioner
Ibris Monrroy

## [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus having been considered, and good cause appearing,

IT IS HEREBY ORDERED:

1. Petitioner's Motion for Leave to File First Amended Petition is GRANTED.

2. The First Amended Petition for Writ of Habeas Corpus, lodged with the Court, is deemed FILED as of the date of this Order.

Monrroy v. Warden of the Golden State Annex Detention Facility, 1:26-cv-02092-TLN-EFB

3.  Respondents shall file a response to the First Amended Petition within seven days of the date of this Order.

IT IS SO ORDERED.

Dated: April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2026, at Sacramento County, California.

s/Jan Karowsky